# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155784(66)

MATTHEW DYE, by his Guardian,
SIPORIN & ASSOCIATES, INC.,
      Plaintiff-Appellee/
      Cross-Appellant,

v

ESURANCE PROPERTY & CASUALTY
INSURANCE COMPANY,
      Defendant/Cross-Plaintiff/
      Appellant/Cross-Appellee,
and

GEICO INDEMNITY COMPANY,
      Defendant/Cross-Defendant/
      Appellee/Cross-Appellant,
and

PRIORITY HEALTH and BLUE CROSS
BLUE SHIELD OF MICHIGAN,
      Defendants-Appellees.
_____/

SC: 155784
COA: 330308
Washtenaw CC: 14-000516-NF

On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel, Inc. to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief submitted on June 1, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2018



Clerk